IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **MARIETTA F. SWEENEY,** | Case No.: 08-CV-1812-JNE/JSM |
| **Plaintiff,** | |
| v. | |
| **PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | Jury Trial Demanded |

---

I hereby certify that on July 8, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**

2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **James C MacGillis**
  **jmacgillis@trepanierlaw.com**

I further certify that the above documents were served conventionally, via, U. S. Mail and/or overnight mail, to the following attorneys for Plaintiff:

> **Brian A, Goldstein**
> **CELLINO & BARNES, PC**
> **17 Court Street, 7th Floor**
> **Buffalo, New York 14202**

Dated: July 8, 2008

FAEGRE & BENSON LLP

*s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
T (612) 766-7000
F (612) 766-1600

fb.us.3037082.01

*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC*