CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:08−cv−01812−JNE−JSM

Sweeney v. Pfizer Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 06/09/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marietta F. Sweeney**　　　　represented by　**Brian−NA A Goldstein**
Not admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C MacGillis**
Trepanier &MacGillis PA
310 4th Ave S Ste 8000
Mpls, MN 55415
612−455−0500
Fax: 612−455−0501
Email: jmacgillis@trepanierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**　　　　represented by　**Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402−3901
612−766−7380
Fax: 612−766−1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402−3901
612−766−7000
Fax: 612−766−1600
Email: jprice@faegre.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**　　　　represented by

**Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

G.D. Searle, LLC      represented by   **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40024381.) assigned to Judge Joan N Ericksen per Master List and referred to Magistrate Judge Janie S Mayeron, filed by Marietta F. Sweeney. (Attachments: # 1 Civil Cover Sheet) (kt) (Entered: 06/09/2008) |
| 06/09/2008 |  | Summons Issued as to Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC. (kt) (Entered: 06/09/2008) |
| 07/08/2008 | 2 | ANSWER to Complaint by Pfizer Inc., Pharmacia Corporation. (Price, Joseph) (Entered: 07/08/2008) |
| 07/08/2008 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc., Pharmacia Corporation that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 07/08/2008) |
| 07/08/2008 | 4 | CERTIFICATE OF SERVICE by Pfizer Inc., Pharmacia Corporation re 2 Answer to Complaint, 3 Rule 7.1 – Disclosure Statement (Price, Joseph) (Entered: 07/08/2008) |
| 08/12/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−105), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (RLR) (Entered: 08/12/2008) |